## MANSFIELD C. & C. CO. v. MELLON.

OPINION BY MR. CHIEF JUSTICE PAXSON, January 9, 1893:
This case is not essentially different from Chartiers Block Coal Company, decided herewith, and is ruled by that case.

The decree is affirmed, and the appeal dismissed at the costs of the appellants.